Carlos J. Cuevas, Esq.
Attorney for Debtor
Gujarat Times, Inc.
1250 Central Park Avenue
Yonkers, New York 10704
Tel. No. 914.964.7060
Carlos J. Cuevas

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re                                                                    Chapter 11

GUJARAT TIMES, INC.,                                      Case No.

                   Debtor.

------------------------------------------------------------X

## DEBTOR'S AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE

STATE OF NEW YORK     }
                                     }.ss:
COUNTY OF WESTCHESTER}

     ROBERT SPERDUTO, being duly sworn deposes and says:

     1. I am the Successor Executor of the Estate of Gopal Raju, and am the President of Gujarat Times, Inc. Unless otherwise stated, I have personal knowledge of the facts contained in this Affidavit.

     2. The Debtor publishes a newspaper aimed at supplying news to the East Asian community in the New York tri-state area. The Debtor is filing for Chapter 11 to facilitate an asset sale to a third party. The proceeds of the sale will be distributed pursuant to a disclosure statement and plan of reorganization.

     3. There was no creditors' committee organized prior to the commencement of this

1

reorganization case.

4. For the twenty largest unsecured creditors please see Exhibit A.

5. For the five largest secured creditors please see Exhibit B.

6. A summary of the Debtor's assets and liabilities is attached as Exhibit C.

7. The Debtor is not a publicly traded corporation.

8. None of the Debtor's property is in the possession of a custodian or other similar entity.

9. The leases office space at 789 Newark Avenue, Jersey City, New Jersey 07306. The Debtor also has an office at 14 Glenn Place, Hastings-on-Hudson, New York 10706.

10. The Debtor's books and records are located at 789 Newark Avenue, Jersey City, New Jersey 07306.

11. There are no actions pending against the debtor.

12. The Debtor's senior management is as follows: Robert Sperduto, President and Darshana Ghandi, Treasurer.

13. Attached is the debtor's 30 day budget. Exhibit D.

/s/ Robert Sperduto
ROBERT SPERDUTO

Sworn to before this
26th of January 2010

/s/ Carls J Cum
NOTARY PUBLIC
Westchester County

2

# EXHIBIT A


Form B4W (12/07)

BlumbergExcelsior, Inc., Publisher, NYC 10013

**UNITED STATES BANKRUPTCY COURT**  **DISTRICT OF**

Gujarat Times, Inc.

Debtor(s)   Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Dr. Dhiru Shah<br>90 Coves Run<br>Syosset, NY 11791 | | | | 289,583.33 |
| Kokila Patel<br>101 Route 106<br>Muttontown, NY 11853 | | | | 107,116.67 |
| Prakash Parekh<br>14 Glenn Place<br>Hastings on Hudson, NY 10706 | | | | 79,400.00 |
| Indravadan Dave<br>2301 Woodward Street<br>Apt G10<br>Philadelphia, PA 19115 | | | | 76,450.00 |
| Parag Mehta<br>410 Old Courthouse Road<br>Manhassett Hills, NY 11040 | | | | 69,500.00 |
| Dr. Nagin Mehta<br>791 Inverness Drive<br>Milipitas, CA 95033 | | | | 57,916.67 |
| Dr. Manilal Patel<br>101 Route 106<br>Muttontown, NY 11853 | | | | 57,916.67 |
| Prakash Parekh<br>14 Glenn Place<br>Hastings on Hudson, NY 10706 | | | | 51,986.77 |
| Sperduto Spector & Co.<br>16 Chester Ave<br>White Plains, NY 10601 | | | | 19,750.00 |
| Yogesh Mehta<br>236 Madison Avenue<br>Clifton, NJ 07011 | | | | 18,243.15 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.      * Value of secured portion of claim



Form B4W (12/07)

BlumbergExcelsior, Inc. Publisher, NYC 10013

UNITED STATES BANKRUPTCY COURT  DISTRICT OF

Gujarat Times, Inc.

Debtor(s)   Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Hirubhai Patel 82-01 60th Road Middle Village, NY 11379 | | | | 16,020.50 |
| Concept Press 43-01 22nd Street Long Island City, NY 11101 | | | | 14,937.43 |
| Bipin Kapadia 87 Terrace Avenue Jersey City, NJ 07307 | | | | 14,752.70 |
| Jayeshkumar C. Patel 16 Pointer Lane Kendal Park, NJ 08824 | | | | 13,900.00 |
| Amy Parekh 14 Glenn Place Hasting on Hudson, NY 11853 | | | | 13,900.00 |
| Chetan Gada 34 Stagg Street Apt 1 Jersey City, NJ 07306 | | | | 11,583.33 |
| Baiju Thakkar 81-11, 45th Ave Apt #9E Elmhurst, NY 11373 | | | | 11,583.00 |
| PressMart Media Ltd. 1-8-617/2 Prakasham Nagar Begumpet, Hyderabad 500 016 AP India | | | | 10,087.50 |
| Purchase Power PO Box 856042 Louisville, KY 40285-6042 | | | | 10,028.43 |
| Rajiv Bhamri 42 Broadway New York, NY 10004 | | | | 10,000.00 |

"(4) C U D S"   If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.   * Value of secured portion of claim



Form B4W (12/07)

BlumbergExcelsior, Inc., Publisher, NYC 10013

## UNITED STATES BANKRUPTCY COURT

DISTRICT OF

Gujarat Times, Inc.

Debtor(s)   Case No.

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Gopal Raju<br>c/o Robert Sperduto Executor<br>15 Chester Avenue<br>White Plains, NY 10601 | | | | 10,000.00 |
| Darshana Gandhi<br>70-25 Yellowstone Blvd.<br>Forest Hills, NY 11375 | | | | 9,436.29 |
| Shailu Desai<br>152 Primrose Road<br>Williston Park, NY 11596 | | | | 8,680.26 |
| Farrauto Berman & Slater<br>1250 Central Park Avenue<br>Yonkers, NY 10704 | | | | 7,842.25 |
| Prakash Parekh<br>14 Glenn Place<br>Hastings on Hudson, NY 10706 | | | | 7,465.65 |
| Sudha Parekh<br>14 Glenn Place<br>Hastings on Hudson, NY 10706 | | | | 7,000.00 |
| Ramesh Jhadav<br>97 Eleanor Drive<br>Kendall Park, NJ 08824 | | | | 5,905.80 |
| American Express<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-00 | | | | 5,288.81 |
| Eliphaz Kancherkutala<br>104-31 117th Street<br>South Richmond Hill, NY 1141 | | | | 4,447.75 |
| SKD Partners<br>462 Seventh Ave<br>4th Floor<br>New York, NY 10018 | | | | 2,500.00 |

"(4) C U D S"   If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.      * Value of secured portion of claim



Form B4W (12/07)  BlumbergExcelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

Gujarat Times, Inc.

DISTRICT OF

Debtor(s)   Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Snaps India<br>620 Pavonia Ave Apt B4<br>Jersey City, NJ 07306 | | | | 1,400.00 |
| CWC Software<br>150 Grossman Drive<br>Suite 201<br>Braintree, MA 02184 | | | | 1,020.50 |
| Bank of America<br>PO Box 15184<br>Wilmington, DE 19850-5184 | | | | 892.00 |
| Verizon<br>PO Box 12045<br>Trenton, NJ 08650-2045 | | | | 631.49 |
| Gerald Weinberg, P.C.<br>90 State Street<br>Albany, NY 12207 | | | | 608.10 |
| Darshana Gandhi<br>70-25 Yellowstone Blvd.<br>Forest Hills, NY 11375 | | | | 584.99 |
| Manoj Vyas<br>3730 73rd Street<br>2nd Fl.<br>Jersey City, NJ 07307 | | | | 504.50 |
| Coastal System, Inc<br>PO Box 1014<br>New York, NY 10013 | | | | 325.13 |
| NYS Dep't. of Taxation and F<br>TSRD-BUS. CORP. TAX PROTEST<br>W.A. Harriman State Campus<br>Albany, NY 12227-0001 | | | | 212.31 |
| Paychex<br>1551 South Washington Ave<br>Suite 200<br>Piscataway, NJ 08854 | | | | 139.00 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.      * Value of secured portion of claim



Form B4W (12/07)

BlumbergExcelsior, Inc., Publisher, NYC 10013

**UNITED STATES BANKRUPTCY COURT**

Gujarat Times, Inc.

**DISTRICT OF**

Debtor(s)   Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| PSEG<br>POB 1444<br>New Brunswick, NJ 08906-4444 | | | | 127.62 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.     * Value of secured portion of claim

# EXHIBIT B

 Form B6 D (12/07)  BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Gujarat Times, Inc.                    Debtor(s)   Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # State Bank of Long Island 2 Jericho Plaza Suite 207 Jericho, NY 11753 | | | VALUE $ 261,343.05 Business loan. | 261,343.05 | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| | | | Subtotal -> (Total of this page) | 261,343.05 | 0.00 | |
| | | | Total -> | 261,343.05 | 0.00 | |

____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)   (If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

# EXHIBIT C

# Gujarat Times Inc
# Balance Sheet
## As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1010 · Cash In Bank | |
|   1018 · Indus _Payroll | -15,088.14 |
|   1017 · Indus American Bank | -2,741.81 |
|   1013 · State Bank Of Long Island | 103.15 |
| **Total 1010 · Cash In Bank** | -17,726.80 |
| **Total Checking/Savings** | -17,726.80 |
| **Accounts Receivable** | |
|   1205 · Accounts Rec. - GT | 97,240.58 |
| **Total Accounts Receivable** | 97,240.58 |
| **Other Current Assets** | |
|   1130 · Prepaid Expense | |
|     1135 · Prepaid Postage - NY | 4,320.85 |
| **Total 1130 · Prepaid Expense** | 4,320.85 |
| **Total Other Current Assets** | 4,320.85 |
| **Total Current Assets** | 83,834.63 |
| **Fixed Assets** | |
|   1510 · Furniture & Fixture | 15,560.81 |
|   1525 · Accum. Dep - Furn & Fix | -14,368.94 |
|   1550 · Equipment | 101,378.35 |
|   1560 · Accum. Dep - Equipment | -79,963.94 |
|   1570 · Computer & Software | 147,780.58 |
|   1575 · Accu. Deprec. on Computer Equip | -140,551.49 |
| **Total Fixed Assets** | 29,835.37 |
| **Other Assets** | |
|   1211 · Investment in GT Mailing List | 32,985.45 |
|   1140 · Due to/from affiliates | |
|     1152 · GR Estate | -10,000.00 |
| **Total 1140 · Due to/from affiliates** | -10,000.00 |
| **Total Other Assets** | 22,985.45 |
| **TOTAL ASSETS** | 136,655.45 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
|   2010 · Accounts Payable | 88,795.59 |
| **Total Accounts Payable** | 88,795.59 |
| **Other Current Liabilities** | |
|   2030 · Interest Payable | 101,384.00 |
|   2051 · Preffered Trade Creditors | |
|     2092 · Loan HP | 16,020.50 |
|     2091 · Loan RB | 10,000.00 |
| **Total 2051 · Preffered Trade Creditors** | 26,020.50 |
|   2620 · Prakash Parekh | 51,986.77 |
|   2070 · Advance from customers | 14,277.00 |
|   2219 · Loan from State Bank of Long Is | 248,886.64 |
| **Total Other Current Liabilities** | 442,554.91 |
| **Total Current Liabilities** | 531,350.50 |

# Gujarat Times Inc
# Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **Long Term Liabilities** | |
|   2300 · Preferred Creditors | |
|     2311 · Hatsumi Chiaki | 28,000.00 |
|     2306 · Kokila Patel | 92,500.00 |
|     2305 · Chetan R Gada | 10,000.00 |
|     2225 · Amy Parekh | 12,000.00 |
|     2227 · Menilal Patel | 50,000.00 |
|     2224 · Jayeshkumar Patel | 12,000.00 |
|     2223 · Baiju N Thakkar | 10,000.00 |
|     2222 · Dhiru H Shah | 250,000.00 |
|     2221 · Nagin & Hansa Mehta | 50,000.00 |
|     2303 · Parag Mehta TTEE Defined Ben. | 60,000.00 |
|     2302 · Indravadan Dave | 66,000.00 |
|   **Total 2300 · Preferred Creditors** | 640,500.00 |
| **Total Long Term Liabilities** | 640,500.00 |
| **Total Liabilities** | 1,171,850.50 |
| **Equity** | |
|   3010 · Capital Stock | 50,000.00 |
|   3020 · Additional Paid-In-Capital | 1,510,926.68 |
|   1110 · Retained Earnings | -1,470,519.44 |
|   Net Income | -1,125,602.29 |
| **Total Equity** | -1,035,195.05 |
| **TOTAL LIABILITIES & EQUITY** | 136,655.45 |

# EXHIBIT D

# Gujarat Times Inc
## Budgeted expenses for the month of February 2010

|  |  | Weekly | Monthly |
|---|---|---|---|
| Rent |  |  | 1260.00 |
| Heat |  |  | 200.00 |
| Printing |  | 1900.00 | 8500.00 |
|  |  |  |  |
| **POST** | News Paper mailing | 1900.00 | 8500.00 |
|  | Office mailing | 70.00 | 220.00 |
|  | Stamps | 100.00 | 370.00 |
|  |  |  |  |
| **SALARY Gross** |  | 4012.00 | 20852.00 |
| Telephone |  |  | 450.00 |
| Net work |  |  | 210.00 |
| Utility |  |  | 150.00 |
| Repairs & maitainance |  |  | 200.00 |
|  |  |  |  |
| Insurance | Heartford Fire Insurance |  | 450.00 |
|  |  |  |  |
| **Professional Fees** | Paychex |  | 225.00 |
|  | Accounting fees |  | 500.00 |
|  |  |  |  |
| **Office Expense and Supplies** | Office Supplies |  | 300.00 |
|  | Office Exp |  | 500.00 |
|  | Misc Exp |  | 300.00 |
|  |  |  |  |
| **Credit Card Charges** | Business Card |  | 170.00 |
|  |  |  |  |
| **Travel & Entertaintment** |  |  |  |
|  | Shailu | 13.00 | 56.00 |
|  | Eliphaz | 85.00 | 370.00 |
|  | Misc. |  | 300.00 |
|  |  |  |  |
| **Equipment Lease** | Leaf |  | 196.00 |
|  |  |  |  |
| Payroll tax employer liability |  | 401.00 | 1750.00 |
|  |  |  |  |
| **Total Budgeted Exp** |  |  | **46029.00** |

**Weekly Salaries- Gross**

| | |
|---|---:|
| Sudha Parekh | 1000 |
| Shailu Desai | 490 |
| Shailu Desai- Commsission | 100 |
| Darshana- | 432 |
| Ramesh Jadav | 400 |
| Eliphahaz K | 345 |
| Bipin Kapadia | 550 |
| Yogesh Mehta | 495 |
| Yogesh Mehta Commission | 200 |
| Total | 4012 |